Friday, March 25, 2011

No. 11–0354/AF. U.S. v. Charles T. Slayton. CCA 37663. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and that the decision of the United States Air Force Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0354/AF. U.S. v. Charles T. Slayton. CCA 37663. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0166/AF. U.S. v. Harley Lusk. CCA S31624. On consideration of the motion to file a brief as Amicus Curiae out of time, it ordered that said motion is hereby granted.

* It is directed that the promulgating order be corrected to reflect Charge I as a violation of Article 120.